## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA ALICEA,<br>          *Plaintiff*,<br><br>     v.<br><br>JOSEPH GANIM,<br>          *Defendant*. | No. 3:23-cv-1018 (VAB) |

### RULING AND ORDER

Maria Alicea ("Plaintiff" or "Ms. Alicea") moves the court for leave to proceed *in forma pauperis* on appeal.

For the reasons set forth below, Ms. Alicea's motion to proceed *in forma pauperis* on appeal is **DENIED** without prejudice.

Under Rule 24 of the Federal Rules of Appellate Procedure, a party who wishes to appeal an adverse ruling and who has not previously been granted *in forma pauperis* status must:

> file a motion in the district court… [and] attach an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. Rule 24(a)(1). *See also* 2d Cir. Local Rule 24.1.

Here, Ms. Alicea has submitted a district court *in forma pauperis* form, rather than an appellate Form 4 (see attached) as required under Rule 24(a)(1). Ms. Alicea's motion to proceed *in forma pauperis* on appeal does not contain her entitlement to redress nor does it contain the issues that she intends to present on appeal as required by the Rule, *see* Fed. R. App. P. Rule 24(a)(1)(B),(C), and thus her motion is deficient and shall be dismissed. *See Beltran v. Murphy*,

Docket No. 3:09CV1880 (JBA), 2010 WL 4738066, at *1 (D. Conn. Nov. 16, 2010); *Santander Bank, N.A. v. Harrison*, No. 3:15-CV-1730(AVC), 2016 WL 11671652, at *1 (D. Conn. Aug. 2, 2016).

Accordingly, Ms. Alicea's Motion for Leave to Proceed *In Forma Pauperis*, ECF No. 63 (Aug. 12, 2024) is **DENIED** without prejudice.

Ms. Alicea may refile her motion to proceed *in forma pauperis* in compliance with the affidavit requirements of Rule 24(a).

**SO ORDERED** at New Haven, Connecticut, this 26th day of August 2024.

    /s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE